IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15 cr 67

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| ANTONIO DWIGHT BOSEMAN, JR. | ) | |
| _____ | ) | |

**THIS MATTER** is before the undersigned pursuant to Defendant's Ex Parte Motion for Leave to File an Ex Parte Motion Under Seal (#25). The undersigned has examined both the Ex Parte Motions (#25) and (#26) and has further examined LCrR 55.1 regarding sealed records and public access. The undersigned cannot find that sufficient reason has been shown to exclude the Government from having prior notice of and being allowed to examine the motions. It is further the undersigned's opinion that the motion (#26) brings into question the Defendant's plea of guilty that was entered on October 23, 2015. For the above reasons, the undersigned will deny the Ex Parte Motion (#25) in part and allow it in part.

### ORDER

**IT IS, THEREFORE, ORDERED** that the Government will be allowed access to Defendant's motions **(#25)** and **(#26)** and motion **(#25)** shall be allowed as to all other parties and the public. The undersigned will further set a hearing in

regard to Defendant's motion **(#26)** in which the attorney for the Government will be allowed to be in attendance.

Signed: December 22, 2015

Dennis L. Howell
United States Magistrate Judge