IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15 cr 67

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | |
| | ) | ORDER |
| ANTONIO DWIGHT BOSEMAN, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the undersigned pursuant to a Motion to Continue Competency Hearing (#43) filed by counsel for Defendant. It appears from a review of the motion that good cause has been shown for the granting of the motion and defense counsel has consulted with the Assistant United States Attorney who has no objection to the motion. As a result of the foregoing, the motion will be allowed.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Motion to Continue Competency Hearing (#43) is **ALLOWED** and the hearing will be continued to **March 10, 2017 at 9:50 a.m.** in courtroom #2 of the United States Courthouse in Asheville, North Carolina.

Signed: March 1, 2017

_Dennis E. Howell_

Dennis L. Howell
United States Magistrate Judge

