# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:15 cr 67

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| ANTONIO DWIGHT BOSEMAN, JR., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** has come before the undersigned pursuant to a letter (#38) dated April 7, 2016 from the Defendant. In the letter, Defendant requests that new counsel be appointed to represent him in place of his present attorney, Charles R. Brewer. At the call of this matter on for hearing on March 10, 2017, Defendant advised the Court that he wished to withdraw the letter and all relief sought in the letter. The undersigned made inquiry of Defendant as to whether or not Defendant was making this request of his own free will without any coercion or threat by any person. Defendant advised the Court this decision was of his own free and voluntary will and he fully understood what he was doing.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the motion as set forth in Defendant's letter for substitution of counsel (#38) is hereby allowed to be **WITHDRAWN** and the motion is rendered moot.

Signed: March 13, 2017

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge