# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:15-cr-00067-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANTONIO DWIGHT BOSEMAN, JR., ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's Motion for Leave to Provide Factual Basis to Defendant [Doc. 59].

The Defendant's counsel moves for leave to provide the Defendant a copy of the Factual Basis [Doc. 18] filed in this case on October 23, 2015. For grounds, counsel states that it is his understanding that such documents are filed under seal. [Doc. 59].

A review of the docket reveals that the Factual Basis [Doc. 18] is not filed under seal. It is a public document, and therefore, no leave of Court is required by counsel.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Leave [Doc. 59] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: August 30, 2017

Martin Reidinger
United States District Judge